IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY WATTS,

        Plaintiff,                    No. CIV S-10-2688 GEB CKD P

    vs.

S. FLORY, et al.,

        Defendants.         ORDER

_____/

        By an order filed January 21, 2011 plaintiff was ordered to pay the $350.00 filing fee required to proceed with this action within twenty-one days. The twenty-one day period has long expired, and it does not appear that plaintiff has paid the appropriate filing fee. On February 18, 2011, plaintiff filed a notice stating that he was enclosing a money order for $350.00 (Dkt. No. 12), but the docket does not reflect that the fee was actually paid. As plaintiff apparently made some attempt to pay the fee, the court will grant an additional fourteen days for plaintiff to submit the required filing of $350.00. Failure to pay the filing fee within that period will result in a recommendation that this action be dismissed.

/////

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED THAT plaintiff is granted fourteen days
2 from the date of this order to pay the $350.00 filing fee.

Dated: August 19, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
watt2688.Fifp

2