1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TIMOTHY WATTS,                              No.  2:10-cv-2688 TLN CKD P

12                 Plaintiff,

13        v.                                      ORDER

14   TIM V. VIRGA, et al.,

15                 Defendants.

16

17           On October 17, 2013, defendants filed a motion for to dismiss under Federal Rule of Civil

18   Procedure 12(b) on the grounds that plaintiff failed to exhaust administrative remedies before

19   filing suit.  Plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY

20   ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the

21   motion to dismiss or a statement of non-opposition.  Failure to comply with this order will result

22   in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

23   Dated:  November 26, 2013

24                                              _____

25                                              CAROLYN K. DELANEY
                                               UNITED STATES MAGISTRATE JUDGE
26

27

28   2 / watt2688.46osc